**Patricia Ortiz SALINAS, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 14-74036

United States Court of Appeals, Ninth Circuit.

Submitted December 18, 2017 *

Filed December 22, 2017

Zulu Ali, Law Office of Zulu Ali, Riverside, CA, for Petitioner

Dana Michelle Camilleri, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Patricia Ortiz Salinas, a native and citizen of Mexico, petitions for review of the immigration judge's ("IJ") determination under 8 C.F.R. § 1208.31(a) that she did not have a reasonable fear of persecution or torture and thus is not entitled to relief from her reinstated removal order. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the IJ's factual findings. *Andrade-Garcia v. Lynch,*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

828 F.3d 829, 836 (9th Cir. 2016). We deny the petition for review.

Substantial evidence supports the IJ's determination that Ortiz Salinas failed to demonstrate a reasonable possibility of future persecution in Mexico on account of a protected ground. *See Nagoulko v. INS*, 333 F.3d 1012, 1016, 1018 (9th Cir. 2003) (possibility of future persecution "too speculative").

Substantial evidence also supports the IJ's determination that Ortiz Salinas failed to demonstrate a reasonable possibility of torture by or with the consent or acquiescence of the government of Mexico. *See Zheng v. Holder*, 644 F.3d 829, 835-36 (9th Cir. 2011) (fear of torture speculative).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.